IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY CALVIN KNIGHT<br>a/k/a "RECK GOON",<br><br>Defendant. | Criminal No. RDB-25-048 |

## MOTION TO UNSEAL

The United States hereby moves to unseal the Superseding Information and associated Redline filed in the above-captioned case. When the government filed these documents with the Clerk, the "Under Seal" heading was inadvertently left on the filings. The documents were intended to be filed on the open docket, and the government respectfully requests that they, and the entire docket, be unsealed.

                                                 Respectfully submitted,

                                                 Kelly O. Hayes
                                                 United States Attorney

                                  By:   __/s/_____
                                                 Alexander Levin
                                                 Assistant United States Attorney

     So ORDERED,

_____                  _____

The Honorable Richard D. Bennett                                Date
United Stated District Judge